Steve V. Suneson
New York Bar No. 3949369
Jones & Keller, P.C.
1999 Broadway, Ste. 3150
Denver, Colorado 80202
Office: (303) 573-1600
Facsimile: (303) 573-8133
Email: ssuneson@joneskeller.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY WEST, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVE BRANDS NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 1:20-cv-03593-JPO |

### DEFENDANT'S NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and accompanying materials, dated June 4, 2020, Defendant Active Brands North America, Inc., by and through counsel, hereby moves this Court, before the Honorable J. Paul Oetken, at the United States Courthouse, 40 Foley Square New York, New York, for an order dismissing the Complaint against it in the above-captioned case for lack of personal jurisdiction, pursuant to

Federal Rule of Civil Procedure 12(b)(2), and granting such other and further relief as requested and as the Court deems just and proper.

Respectfully submitted this 4th day of June, 2020.

*s/ Steve V. Suneson*
Steve V. Suneson #3949369
Jones & Keller, P.C.
1999 Broadway, Ste. 3150
Denver, Colorado 80202
Office: (303) 573-1600
Facsimile: (303) 573-8133
Email: ssuneson@joneskeller.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 4, 2020, a true and correct copy of the foregoing was filed via the Court's electronic filing system and served on all counsel of record.

By: *s/ Renae Mesch*
Renae Mesch
