UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY WEST, on behalf of herself and
all others similarly situated,

    Plaintiff,

    v.                                    CASE NO.: 1:20-cv-03593-JPO

ACTIVE BRANDS NORTH AMERICA INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** July 2, 2020

| For Plaintiff Mary West | For Defendant Active Brands North America Inc. |
|---|---|
| *[signature]* <br> David Paul Force <br> Stein Saks, PLLC <br> 285 Passaic Street <br> Hackensack, NJ 07601 <br> Ph: 201-282-6500 <br> dforce@steinsakslegal.com | *[signature]* <br> Steve V. Suneson <br> Jones & Keller, P.C. <br> 1999 Broadway, Ste. 3150 <br> Denver, CO 80202 <br> Ph: 303-573-1600 <br> ssuneson@joneskeller.com |

## CERTIFICATE OF SERVICE

I certify that on July 3, 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David Paul Force
David Paul Force
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*